UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MILLER PHOTOGRAPHER, LLC,<br><br>        Plaintiff,<br><br>  -v-<br><br>EARL G. GRAVES, LTD.,<br><br>        Defendant. | 24-cv-3916(JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On October 17, 2024, the parties in the above-captioned case informed the Court that they have reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated. All pending deadlines are hereby suspended and the Clerk is respectfully directed to close this case.

    SO ORDERED.

New York, NY
October 17, 2024

_____
JED S. RAKOFF, U.S.D.J.

1